

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joshua Medellin

PLAINTIFF/PETITIONER,

v.

Kimball, Tirey & St. John LLP

DEFENDANT(S).

CASE NUMBER

**CV12·8751**

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, __Joshua Medellin__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received __September 2010; $304.00 (Last amount recieved, hours varied)__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐Yes ☒No
   b. Rent payments, interest or dividends?  ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?  ☐Yes ☒No
   d. Gifts or inheritances?  ☐Yes ☒No
   e. Any other income (other than listed above)?  ☒Yes ☐No
   f. Loans?  ☒Yes ☐No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __State tuition grants and student Loans. A total of $10,500.00. This was money I could spend.__

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.
   Checking: Oct $55.40, Sep $101.61, Aug $82.30, Jul $42.67, Jun $106.33, May $131.99

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2011
   Approximately how much income did your last tax return reflect? $9,752.00

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Manuel Medellin; Father; $2400.00 annually

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California _____ Los Angeles _____
State                        County (or City)

I, Joshua Medellin , declare under penalty of perjury that the foregoing is true and correct.

10/12/2012
Date

Plaintiff/Petitioner (Signature)