Karl P. Schlecht (SBN 182294)
Eli A. Gordon (SBN 252823)
KIMBALL, TIREY & ST. JOHN, LLP
555 South Flower Street, Suite 3400
Los Angeles, California 90071
Phone: (213) 337-0050
Fax:    (213) 929-2212

Attorneys for Defendants,
KIMBALL, TIREY & ST. JOHN, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MEDELLIN<br><br>Plaintiff,<br><br>vs.<br><br>KIMBALL, TIREY & ST. JOHN LLP, and DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendant. | Assigned to: Hon. Judge Gary A. Feess<br>Referred to: Hon. Magistrate Judge Charles F. Eick<br><br>Case No.: 2:12-cv-08751-GAF-E<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 12, 2012 |

///

///

///

///

///

1

KIMBALL, TIREY
& St. John
Attorneys At Law
Los Angeles

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties June 16, 2014 settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

DATED:   June 16, 2014                    KIMBALL, TIREY & ST. JOHN LLP

S/Eli A. Gordon
Eli A. Gordon, Esq.
Counsel for Kimball, Tirey & St. John LLP

DATED:   June 16, 2014                    JOSHUA MEDELLIN

S/Joshua Medellin
Plaintiff.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff JOSHUA MEDELLIN, and that I have Mr. Medellin's authorization to affix his electronic signature to this document.

S/Eli A. Gordon
Eli A. Gordon, Esq.

# PROOF OF SERVICE BY MAIL

I, Tatiana Harris, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the within action. I am employed in the County of Los Angeles, California, in which county the within-mentioned mailing occurred. My business address is 555 South Flower Street, Suite 3400, Los Angeles, CA 90071.

On June 19, 2014, I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the following parties:

Joshua Medellin, *IN PRO SE*
4654 East Avenue S, Suite 171
Palmdale, CA 93552

**XX**      **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope addressed as follows and I caused the envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**(BY CERTIFIED MAIL)** I placed a true and correct copy of the document(s) in sealed envelopes addressed as indicated above and I caused the envelopes to be deposited in the mail at Irvine, California. The envelopes were mailed via certified mail, return receipt requested, with postage thereon fully prepaid.

**(BY ELECTRONIC SERVICE)** I caused such document(s) to be electronically served through NEF to the above electronic notification addresses. The file transmission was reported as complete and a copy of the "NEF Filing Receipt" page will be maintained with the original document(s) in our office.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2014, at Los Angeles, California.

*/s/ Tatiana Harris*

Tatiana Harris